IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dean Villanova | : | **ARBITRATION** |
| 367 Walnut Street | : | |
| Pottstown, PA 19464 | : | **CIVIL ACTION NO. 2:25-cv-01251** |
|   Plaintiff | : | |
| | : | |
|   v | : | |
| | : | |
| Hopeworx | : | |
| 1210 Standbridge Street | : | |
| Norristown, PA 19413 | : | |
| | : | |
|   Defendant | : | |

## COMPLAINT
## EMPLOYMENT DISCRIMINATION

A.  PARTIES

1.  Dean Villanova (Plaintiff) is a single individual, a resident of the Commonwealth of Pennsylvania, and a citizen of the United States.

2.  At all times material, Plaintiff has lived in Pottstown, PA.

3.  Hopeworx (Defendant) is a nonprofit community mental health center located in Norristown, PA.

4.  At all times material, Hopeworx has been licensed as a nonprofit and provided service from its Norristown, PA office.

B.  JURISDICTION AND VENUE

5.  This Court has jurisdiction provided by 42 U.S.C. §2000e et seq and Title VII of the Civil Rights Act of 1964, as amended.

6.  The venue of this matter is in the Eastern District of Pennsylvania because relevant violations of the federal statute occurred in the Eastern District of Pennsylvania.

C.  SEXUAL ORIENTATION

7.  Paragraphs 1 through 6 are incorporated herein as if set forth in their entirety.

1

8. Plaintiff is a homosexual.

9. The management of the Defendant has at all times material herein been aware of Plaintiff's sexual orientation.

10. Susan Shannon has been at all times the Director of Defendant.

11. In terminating Plaintiff in November 2024, Shannon told Plaintiff that " homophobia still lurks around here".

12. At all times material, Plaintiff was an excellent employee of the Defendant, and no just cause existed for Plaintiff's termination by Defendant.

13. Terminating Plaintiff in whole or in part because of his sexual orientation violated Title VII of the 1964 Civil Rights Act, as amended.

D.  SEXUAL HARASSMENT

14. Paragraphs 1 through 13 are incorporated herein as if set forth in their entirety.

15. Eugene Palachenski at all times material has been the Director of community Work for the Defendant.

16. At all times material Eugene Palachenski has been an agent of the Defendant.

17. With significant frequency, almost daily, Palachenski referred to Plaintiff in Plaintiff's presence as "pony boy" and "stallion".

18. Frequently, Palachenski told Plaintiff "come sit on my saddle", referring to Palachenski's lap.

19. Frequently, Palachenski asked Plaintiff "to come into the freezer with me" because "I got meat for you".

20. These actions by Palachenski all constituted sexual harassment of Plaintiff by Defendant's agent Palachenski.

21. On at least one occasion, Plaintiff informed Susan Shannon of Palachenski's sexually harassing conduct toward Plaintiff.

22. Susan Shannon told Plaintiff that this was "Gene being Gene".

23. Sexual harassment by Palachenski of Plaintiff constituted a violation of Title VII of the 1964 Civil Rights Act, as amended.

2

E. THE TERMINATION OF THE PLAINTIFF IN CLOSE PROXIMAL TIME OF PLAINTIFF COMPLAINING OF SEXUAL HARASSMENT TO THE MANAGEMENT OF DEFEDANT CONSITITUTES RETALIATION UNDER LAW

24. Paragraphs 1 through 23 are incorporated herein by reference.

25. Shortly after complaining to Susan Shannon concerning sexual harassment by Defendant's agent Palachenski, Plaintiff was terminated.

26. The termination of PLAINTIFF BY Defendant in close proximal time after Plaintiff complained to Defendant's management of sexual harassment was in retaliation for the complaint and thus violated Title VII of the 1964 Civil Rights Act, as amended. On 02/21/2025, Plaintiff received a Right to Sue letter. (Exhibit 1)

WHEREFORE, Plaintiff prays that this Court enter judgment for the Plaintiff of the following damages:

   a) Back pay
   b) Front pay
   c) Compensatory pay
   d) Punitive damages
   e) Costs
   f) Attorney fees

Not to exceed $150,000 (one hundred and fifty thousand dollars)

03/08/2025
Date

s/ Howard K. Trubman, Esq.
Howard K. Trubman, Esq.
PA State Bar No. 24696
Attorney for Plaintiff
1650 Market Street, Suite 3637
Philadelphia, PA 19103
215-206-5306

3

CERTIFICATE OF SERVICE

I, Howard K. Trubman, Esq., Attorney for Plaintiff, do swear that the foregoing document was served by personal service to:

Susan Shannon, Director Hopeworx
1210 Stanbridge Street
Norristown, PA 19403

03/08/2025
Date

s/ Howard K. Trubman, Esq.
Howard K. Trubman, Esq.

4

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dean Villanova

## DEFENDANTS
Hopeworx

**(b)** County of Residence of First Listed Plaintiff    Montgomery
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Howard K. Trubman, Personal Injury & Employment Law Center, 1650 Market St, Suite 3637, Phila, PA

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| 120 Marine | 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| 151 Medicare Act | 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / ☐ 463 Alien Detainee | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 2000e et seq.

Brief description of cause:
Discrimination based on sex

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
03/08/2025

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 367 Walnut Street, Pottstown, PA 19464 _____

Address of Defendant: _____ 1210 Standbridge Street, Norristown, PA 19413 _____

Place of Accident, Incident or Transaction: _____ Hopeworx, Norristown, PA _____

---

**RELATED CASE, IF ANY:**

N/A

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when **Yes** is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐    No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐    No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☐    No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐    No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 03/08/2025 _____    _____ Must sign here    24696

*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.*  **Federal Question Cases:**

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify):* _____

*B.*  **Diversity Jurisdiction Cases:**

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____ Sign here if applicable    _____

*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5 2018)